**Dismissed and Memorandum Opinion filed May 11, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00175-CV

### DIANA  INGRID REISMANN SEXTON, Appellant

### V.

### GILBERT  SEXTON, Appellee

**On Appeal from the 505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-264966**

## MEMORANDUM  OPINION

This is an attempted appeal from an order denying a motion to recuse signed March 1, 2023. An order denying a motion to recuse may be reviewed on appeal from the final judgment. Tex. R. Civ. P. 18a(j)(1)(B). There is no final judgment in this matter.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable

until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). There are no statutory provisions authorizing an interlocutory appeal from an order denying a motion to recuse a judge. *See In re Hart*, 460 S.W.3d 742, 743 (Tex. App.—Fort Worth 2015, no pet.).

On April 19, 2023, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before May 1, 2023. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jewell, Hassan, and Wilson.

2